PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1:99CR00056-001 |
| | ) |
| Bruce Brummell | ) |
| | ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

    COMES NOW John G. Selvaggi PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Bruce Brummell, who was placed on supervision by the Honorable Roderick R. McKelvie sitting in the court in Wilmington on the 28th day of January, 2000 who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release;

2. The defendant shall provide the probation officer with access to any requested financial information;

3. The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction of the probation officer;

4. The defendant shall participate in a mental health treatment program at the direction of the probation officer;

5. The defendant shall participate in an educational/vocational program under the direction of the probation officer.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
        (If short insert here; if lengthy write on separate sheet and attach)

**Mandatory Condition:** "The defendant shall refrain from any unlawful use of a controlled substance."

**Evidence:** On September 14, 2006 and September 21, 2006, the defendant submitted urine drug tests to the Talbot County Health Department Addictions Program that tested positive for cocaine and opiates. Mr. Brummell admitted to his supervising U.S. Probation Officer that he used cocaine on or about September 12, 2006.

**Condition #3:** "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

**Evidence:** Mr. Brummell was instructed by U.S Probation Officer Michael Allera to not operate a motor vehicle, as he does not have a valid driver's license. On November 2, 2006. U.S. Probation Officer Allera saw the offender operate a motor vehicle near his place of employment. On November 7, 2006, Mr. Brummell admitted to U.S. Probation Officer Allera that he was driving on November 2, 2006.

**Special Condition:** The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction of the probation officer."

**Evidence:** On September 21, 2006, the defendant was discharged from Talbot County Health Department Addictions Program for non-compliance. He was referred to another drug aftercare program, Shore Health System of Maryland; however, he was discharged from this program on November 29, 2006, for non-compliance.

**Special Condition** "The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release."

**Evidence:** The defendant has not made a restitution payment since June, 2006.

PRAYING THAT THE COURT WILL ORDER that a summons be issued to Bruce Brummell, so that he can appear in Court to answer to the charges of violating the conditions of supervised release.

ORDER OF COURT

Considered and ordered this 6th day of Dec., 2006.

_____
U.S. District Judge

Under the penalty of perjury I declare the foregoing is true and correct:

_____
Deputy Chief U.S. Probation Officer

| | |
|---|---|
| Place | Wilmington, Delaware |
| Date | December 5, 2006 |