AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **SUMMONS IN A CRIMINAL CASE** |
| BRUCE BRUMMELL | Case Number:    1:99CR00056-001 |
| Easton, MD 21601 | **REDACTED** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place<br>**J. Caleb Boggs Federal Building**<br>**844 N. King Street**<br>**Wilmington, DE 19801** | Room<br>#100 U.S. Marshal's Office - Deft.<br>**To Report By:**<br>Date and Time |
| Before:    THE HONORABLE MARY PAT THYNGE, U.S. MAGISTRATE JUDGE | 01/04/07 at 12:30 p.m. |

To answer a(n)
☐ Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     X   Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Defendant is ordered to appear before the Court for a hearing to determine if he has violated the conditions of probation.**

 

                                         **FILED**

                                         DEC 13 2006

                                    U.S. DISTRICT COURT
                                    DISTRICT OF DELAWARE

*/s/ Robert W. Cruikshank, Deputy Clerk*      December 6, 2006
Signature of Issuing Officer                                   Date

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date |
| Service was made by me |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: Cut mail on 12/11/06

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   12-12-06             DwThomas
           Date                  Name of United States Marshal

                                 BTlahey
                                 (by) Deputy United States Marshal

Remarks:

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 7939 9378**
Status: **Delivered**

Your item was delivered at 4:53 PM on December 11, 2006 in EASTON, MD 21601.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website

OFFIC

7004 0760 0006 7939 9378

Postage
Certified
Return (Endorse

Bruce Brummell
Easton, MD 21601

Postmark Here

12/6

Str. or PC
City, St.  _IP+4

PS Form 3800, June 2002   See Reverse for Instructions