# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

BRUCE BRUMMELL
    Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO F.R.Cr.P. 32.1**

**Case Number:** CR 99-56-1-KAJ

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for _____TBD_____ * at _____TBD_____
                                            Date                                    Time

before the _____TO BE DETERMINED_____
                             Name of Judicial Officer

**Courtroom #, th Flr., Federal Bldg., 844 King St., Wilmington, Delaware**
                             Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                             Other Custodial Official

and produced for the hearing.

_____1/5/07_____                             _____
      Date                                                         Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



FILED
JAN 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE