AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

BRUCE BRUMMELL

**WARRANT FOR ARREST**

Case Number:  CR 99-56-1-KAJ

REDACTED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ BRUCE BRUMMELL _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  X Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

FOR FAILURE TO APPEAR FOR AN INITIAL APPEARANCE ON A VIOLATION OF SUPERVISED RELEASE

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

BY: _____ : Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

JANUARY 4, 2007 at WILMINGTON, DE
Date and Location

FILED
JAN -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Easton, MD

| DATE RECEIVED  1-4-07 | NAME AND TITLE OF ARRESTING OFFICER  William David, DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  1-5-07 | | |