IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 99-56 GMS |
| | : | |
| BRUCE BRUMMELL | : | |
| | : | |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the revocation hearing regarding the above-captioned defendant is rescheduled to **Tuesday, February 6, 2007, at 11:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

January 26, 2007