PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Criminal Action No. 1:99CR00056-001** |
| | ) | |
| **Bruce Brummell** | ) | |
| | ) | |
| **Defendant** | ) | |

### Petition on Probation and Supervised Release

COMES NOW <u>John G. Selvaggi</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Bruce Brummell, who was placed on supervision by the Honorable <u>Gregory M. Sleet</u> sitting in the court in <u>Wilmington</u> on the <u>6th</u> day of <u>February, 2007</u> who fixed the period of supervision at <u>2 years</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.    The defendant shall comply with the same standard and special conditions of supervision as imposed on January 28, 2000;

2.    The defendant shall enter and complete a residential drug treatment program at the direction of the probation officer;

3.    The defendant shall be placed on home confinement with electronic monitoring for a period of six months to commence immediately upon release from the residential drug treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

<u>Standard Condition #2:</u>    "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

**Evidence:** Mr. Brummell submitted a monthly supervision report to his probation officer for the month of March, 2008, which failed to disclosed that he was charged with driving while suspended on March 13, 2008.

<u>Standard Condtion #3:</u>    "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

**Evidence:** On April 1, 2008 and June 23, 2008, U.S. Probation Officer Michael Allera asked Mr. Brummell if he had been arrested for any new offenses, and Mr. Brummell denied having any new charges. The probation officer later learned that Mr. Brummell incurred a traffic charge of driving while suspended on March 13, 2008, and a new arrest on June 20, 2008, for charges of possession with intent to distribute a controlled dangerous substance (heroin) and possession of a controlled dangerous substance (heroin).

Standard Condition #11:    "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."

**Evidence:** On March 13, 2008, Mr. Brummell was charged with driving while suspended. On June 20, 2008, Mr. Brummell was arrested and charged with possession with intent to distribute a controlled dangerous substance-heroin (two counts) and possession of a controlled dangerous substance-heroin. Mr. Brummell failed to report either contact to his probation officer.

Special Condition:    "The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release."

**Evidence:** The defendant failed to submit restitution payments for the months of January, February, March, and May, 2008. He made one payment, in April, 2008, for $25.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Bruce Brummell, so that he can be brought before the Court to answer to the charges of violating the conditions of supervised release.

ORDER OF COURT

Considered and ordered this ___11___ day of___ July, 2008 .

Chief U.S. District Judge

**FILED**

JUL 1 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Under the penalty of perjury I declare the foregoing is true and correct:

Deputy Chief U.S. Probation Officer

Place        Wilmington, Delaware

Date        July 10, 2008