AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of DELAWARE

UNITED STATES OF AMERICA

V.

BRUCE BRUMMELL

**WARRANT FOR ARREST**

Case Number: 99-CR-56-01 GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____BRUCE BRUMMELL_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release   ☐ Probation   ☑ Supervised Release   ☐ Violation Notice
Violation Petition      Violation Petition      Violation

charging him or her with   (brief description of offense)

**VIOLATION OF SUPERVISED RELEASE**

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☑ in violation of the conditions of his or her supervision imposed by the court.

| Dr. Peter T. Dalleo | By: Marie McDavid, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | 07/11/2008   Wilmington, DE |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Talbot Co. Maryland

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-11-08 | William David, DUSM | William David |
| DATE OF ARREST | | |
| 7-16-08 | | |