IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 99-56-001 |
| BRUCE BRUMMELL, | : |
| Defendant. | : |

**MOTION FOR DETENTION**

**NOW COMES** the United States and moves for the detention of the defendant, Bruce Brummell, pursuant to 18 U.S.C. § 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of release petition. In support of the motion, the United States alleges as follows: (a) there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; (b) there is probable cause to believe that the defendant has violated one or more conditions of his release; (c) that, based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community; and (d) that the defendant is unlikely to abide by any condition or combination of conditions of release.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By: _____
        Edward J. McAndrew
        Assistant United States Attorney

Dated: July 21, 2008