UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO**
18 USC §3148

BRUCE BRUMMELL,
Defendant

**Case Number:** 99-56-1-GMS

Upon motion of the **Government**, it is ORDERED that a **Detention Hearing Pending** a **Revocation Hearing** is set for 7/23/2008 * at 1:00 P.M.
                                                                Date                Time

before   Honorable LEONARD P. STARK, UNITED STATES MAGISTRATE JUDGE
                                Name of Judicial Officer

Ctrm. # 2A, 2ND Flr., Federal Bldg., 844 King St., Wilmington, Delaware
                                Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                Other Custodial Official

and produced for the hearing.

JULY 21ST, 2008
Date

Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.