IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 99-56 GMS |
| | : |
| BRUCE BRUMMELL | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the revocation hearing regarding the above-captioned defendant is scheduled for **Thursday, August 7, 2008, at 4:30 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

July 31, 2008